IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEMPLE UNIVERSITY HOSPITAL, INC. | : CIVIL ACTION :<br>:<br>: |
| v. | : NO. 16-1073 : |
| THE UNITED STATES OF AMERICA | : |

## ORDER

**AND NOW,** this 20th day of June 2016, upon consideration of the United States' Motion to Dismiss the Second Amended Complaint (ECF Doc. No. 24), Temple University Hospital, Inc.'s Opposition (ECF Doc. No. 31), following oral argument and for reasons in the accompanying Memorandum, it is **ORDERED** the United States' Motion (ECF Doc. No. 24) is **GRANTED** to dismiss the contractual indemnification claim (Count II) and **DENIED** at this preliminary stage as to the common law indemnity and contribution claims (Counts I and III).

The United States shall answer the Second Amended Complaint no later than **July 5, 2016**.

_____
KEARNEY, J.