IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TEMPLE UNIVERSITY HOSPITAL, INC. | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-1073 |
| THE UNITED STATES OF AMERICA | : | |

## ORDER

**AND NOW**, this 14th day of April 2017, following our four day non-jury trial during which we evaluated witness credibility, including divergent expert medical opinions and admitted exhibits, for reasons in the accompanying Findings of Fact and Conclusions of Law, and under Federal Rule of Civil Procedure 52(a), it is **ORDERED**:

**JUDGMENT IS ENTERED IN FAVOR OF TEMPLE UNIVERSITY HOSPITAL, INC. AND AGAINST THE UNITED STATES for $4,000,000,** with no additional award of attorney's fees, prejudgment interest or costs.

KEARNEY, J.