IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEMPLE UNIVERSITY HOSPITAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1073 |
| | : | |
| THE UNITED STATES OF AMERICA | : | |

## ORDER

**AND NOW**, this 9th day of June 2017, upon consideration of Plaintiff's Motion to amend (ECF Doc. No. 87) our April 14, 2017 Judgment (ECF Doc. No. 86), Defendant's Opposition (ECF Doc. No. 88), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 87) is **DENIED**.

KEARNEY, J.